

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-19-00790-CV

**IN RE Joshua KARLIN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Patricia O. Alvarez, Justice
               Beth Watkins, Justice

Delivered and Filed: January 2, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On November 7, 2019, relator filed a petition for writ of mandamus. The real party in interest filed a response, to which relator replied. After considering the petition, response, reply, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2015CI08588, styled *In the Interest of K.G.K., a Child*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.